UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Civil Action No. 07-204-HRW

KATHY MOORE, PLAINTIFF,

v.  **ORDER**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,** DEFENDANT.

The Plaintiff brought this action pursuant to 42 U.S.C. §405(g) to challenge a final decision of the Defendant that he was not entitled to disability insurance benefits or supplemental security income benefits. Pursuant to 28 U.S.C. §636(b) and consistent with local practice this matter referred to a United States Magistrate Judge for consideration [Docket No. 12].

On April 25, 2008, United States Magistrate Judge Edward B. Atkins filed his Report and Recommendation concluding that the Defendant's decision to deny Plaintiff benefits is supported by substantial evidence [Docket No. 14]. Accordingly, Magistrate Judge Atkins recommends that the Plaintiff's Motion for Summary judgment be overruled and the Defendant's Motion for Summary Judgment be sustained.

On May 8, 2008, the Plaintiff filed timely objections to the Magistrate Judge's report and recommendation [Docket No. 15].

This Court must make a *de novo* determination of those portions of the Magistrate Judge's report and recommendation to which any objection is made. 28 U.S.C. §636(b)(1)( c).

Having considered the Plaintiff's objections, the Court finds nothing therein which would call into question the Magistrate's findings.  Rather, in his objections, Plaintiff essentially restates the arguments presented in his original motion for summary judgment.  Therefore, the Plaintiff's objections will be overruled.

Having made a *de novo* determination, the Court is in agreement with the Magistrate Judge's report and recommendation.

Accordingly, the Court, being otherwise fully and sufficiently advised, **HEREBY ORDERS** that:

(1) the Magistrate Judge's report and recommendation [Docket No. 14] is **ADOPTED** as and for the opinion of the Court;

(2) the Plaintiff's objections [Docket No. 15] are **OVERRULED**;

(2) the Plaintiff's Motion for Summary Judgment [Docket No. 11] is **OVERRULED**; and

(3) the Defendant's Motion for Summary Judgment [Docket No. 13] is **SUSTAINED**.

A judgment in favor of the Defendant will be entered contemporaneously herewith.

This May 12, 2008.



Signed By:
Henry R Wilhoit Jr.
United States District Judge