**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**Civil Action No. 07-204-HRW**
**KATHY MOORE,**                                                                         **PLAINTIFF,**

**v.**                                                  **JUDGMENT**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**                                                **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.  pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

B.  the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and

C.  this action is **STRICKEN** from the active docket of the Court.

This May 12, 2008.



Signed By:
Henry R Wilhoit Jr.
United States District Judge